# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Bryant et al** | ) |
| | ) |
| **Plaintiff(s)** | ) |
| | ) |
| **v.** | ) |
| | ) Case No. 4:08-cv-00861-UNA |
| | ) |
| **Ferrellgas, Inc. et al** | ) |
| | ) |
| **Defendant(s)** | ) |

## ORDER

On June 16th 2008, due to an error, the above numbered case was inadvertently opened as a civil case. This case should have been opened as a miscellaneous case. Therefore, this case will be administratively closed, and reopened as a miscellaneous case.

**IT IS HEREBY ORDERED** that this case is administratively closed.

Dated this 20th day of June, 2008.

For all future filings please use case 4:08-mc-00340-DJS

       **JAMES G. WOODWARD**
       **CLERK**

       **By: /s/ Karen Moore**
       Deputy Clerk